IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRUESIGHT COMMUNICATIONS LLC, | Case No. 2:23-cv-00643-JRG |
| Plaintiff, | **JURY TRIAL DEMANDED** |
| v. | |
| SAMSUNG ELECTRONICS CO., LTD and SAMSUNG ELECTRONICS AMERICA, INC., | |
| Defendants. | |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff Truesight Communications LLC ("Truesight") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Defendants" or "Samsung"), (collectively, the "Parties") respectfully file this Joint Motion to Amend the Scheduling Order (Dkt. No. 12) and would show the Court as follows:

The original deadline for the Parties to file the Proposed Discovery Order was June 12, 2024, and the current deadline for the Parties to file the Proposed Protective Order is June 20, 2024. (Dkt. 12). On June 12, 2024, the Parties jointly moved to extend the deadline for the Parties to file the Proposed Discovery Order until June 20, 2024. (Dkt. 24). The next day, the Court graciously granted the Parties' request for an extension of time to file the Proposed Discovery Order until June 20, 2024. (Dkt. 25). At this time, the Parties request another brief extension of the deadline to file the Proposed Discovery Order up to and including June 27, 2024, as well as a brief extension of the deadline to file the Proposed Protective Order up to and including June 27, 2024. No other deadlines will be affected by this amendment to the Scheduling Order.

The Parties represent that this Motion is not filed for the purpose of delay but rather so that justice may be served. Good cause exists for the Parties to use the time to further narrow or eliminate disputes and submit a more streamlined proposal for any remaining issues requiring the Court's attention with respect to the Proposed Discovery Order, as well as the Proposed Protective Order. The Parties have met and conferred and are jointly seeking the relief sought in this Motion.

Accordingly, the Parties respectfully request that the Court grant this Joint Motion to Amend the Scheduling Order (Dkt. No. 12) as follows:

| Original Date | Amended Date | Event |
| --- | --- | --- |
| June 20, 2024 (3 Weeks After Scheduling Conference) | **June 27, 2024** | *File Proposed Protective Order<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| June 12, 2024 (2 Weeks After Scheduling Conference) | **June 27, 2024** | *File Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |

Dated: June 19, 2024

Respectfully submitted,

*/s/ Jin-Suk Park (with permission)*
Jin-Suk Park
jin.park@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South

Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

***ATTORNEY FOR DEFENDANTS
SAMSUNG ELECTRONICS
COMPANY, LTD., AND
SAMSUNG ELECTRONICS
AMERICA, INC.***

Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ 07078
Telephone: (973) 535-0920
Facsimile: (973) 535-0921

Samuel F. Baxter
State Bar No. 01938000
Email: sbaxter@mckoolsmith.com
Jennifer L. Truelove
State Bar No. 24012906
Email: jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

***ATTORNEYS FOR PLAINTIFF,
TRUESIGHT COMMUNICATIONS LLC***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on June 19, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and the parties agree to the entry of the proposed order submitted herewith.

*/s/ Vincent J. Rubino, III*
Vincent J. Rubino, III