# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRUESIGHT COMMUNICATIONS LLC, ) | Case No. 2:23-cv-00643-JRG |
| Plaintiff, ) | **JURY TRIAL DEMANDED** |
| v. ) | |
| SAMSUNG ELECTRONICS CO., LTD and ) SAMSUNG ELECTRONICS AMERICA, ) INC., ) | |
| Defendants. ) | |

## AMENDED SCHEDULING ORDER

In accordance with the Joint Motion to Amend Scheduling Order (**Dkt. No. 28**), it is hereby

**ORDERED** that the following schedule of deadlines is in effect until further order of this Court:

| Original Date | Amended Date | Event |
|---|---|---|
| June 20, 2024 (3 Weeks After Scheduling Conference) | **June 27, 2024** | *File Proposed Protective Order<br><br>The Proposed Protective Order shall be filed as a separate motion with the caption indicating whether or not the proposed order is opposed in any part. |
| June 12, 2024 (2 Weeks After Scheduling Conference) | **June 27, 2024** | *File Proposed Discovery Order<br><br>The Proposed Docket Control Order and Proposed Discovery Order shall be filed as separate motions with the caption indicating whether or not the proposed order is opposed in any part. |