**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

TRUESIGHT COMMUNICATIONS LLC,

      *Plaintiff*,

    v.

SAMSUNG ELECTRONICS CO., LTD. AND
SAMSUNG ELECTRONICS AMERICA, INC.,

      *Defendants*.

Case No.: 2:23-CV-00643-JRG

**JOINT MOTION FOR AN EXTENSION OF TIME FOR LIMITED DISCOVERY**
**OUTSIDE THE FACT DISCOVERY PERIOD**

Plaintiff Truesight Communications LLC ("Truesight") and Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung") file this Joint Motion for an Extension of Time for Limited Discovery Outside the Fact Discovery Period and would show the Court as follows:

Pursuant to the Court's Third Amended Docket Control Order (Dkt. No. 67), the deadline to complete fact discovery is May 5, 2025. Due to the upcoming close of fact discovery and the need for both parties to complete certain discovery, the parties respectfully request an extension of time up to and including May 15, 2025 to pursue the following discovery: (a) inspect a device produced in response to a third party subpoena to Joseph Zipperer; (b) review source code produced in response to a third party subpoena to Joseph Zipperer; (c) take the deposition of third party Joseph Zipperer, who has also been designated Truesight's 30(b)(6) witness on certain topics, including but not limited to the device and source code; (d) inspect recent and forthcoming source code by third parties Amazon, Netflix and Google, and request and deliver related printouts; (e) obtain authentication declarations from Amazon, Netflix and Google; and (f) take the depositions

1

of an Amazon witness regarding its source code; Google witnesses Michael Gaiman and Wendi Rieb regarding technical features of accused features; and Todd Duffin and Todd Malsbary identified as named inventors of the '300 Patent.

Good cause exists for the relief requested herein. On April 24, 2025, counsel for third party Joseph Zipperer made available for inspection source code and a device. Samsung has diligently worked to retain, and has retained, a new source code reviewer to inspect the items made available by Mr. Zipperer. Samsung's newly-retained source code reviewer is scheduled to begin inspection on their first availability on May 7, 2025.

Because Mr. Zipperer is both designated to testify as Rule 30(b)(6) witness and requested to sit for a deposition in response to Samsung's subpoena, the parties have agreed to schedule Mr. Zipperer's deposition after inspection of the device and source code. The requested extension of time will ensure that Samsung has adequate time to review Mr. Zipperer's source code and device, take the deposition of Mr. Zipperer, and prepare its claims and defenses in this matter.

The remaining discovery items depend on third parties. In particular, third parties Amazon, Netflix and Google have indicated they will make available for inspection additional source code and Amazon has indicated it will make available for deposition a witness to testify regarding their source code. Both parties plan to review the source code productions, request source code printouts, and request authentication declarations from Amazon, Netflix, and Google. Plaintiff also plans to take the deposition of two inventors of the '300 Patent and two Google witnesses identified in Samsung's April 22, 2025 amended initial disclosures. The parties have agreed to extend the time to allow these third-party discovery tasks to be pursued. The requested extension of time should allow both parties to do so. The parties reserve all rights regarding the pursuit of these third-party discovery tasks.

The parties represent that the extension and leave requested in this Motion are not sought for the purposes of delay but rather so that justice may be served. Should additional steps become necessary, the parties will confer in good faith and move the Court.

Accordingly, the parties respectfully request that the Court grant this Joint Motion and enter an order granting the parties an extension of time through May 15, 2025 to conduct the limited discovery outside the fact discovery period as detailed above.

Dated: May 2, 2025                                        Respectfully submitted,


/s/ Douglas L. Clark
Jin-Suk Park
jin.park@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Ryan M. Nishimoto
Ryan.nishimoto@arnoldporter.com
Daniel S. Shimell
daniel.shimell@arnoldporter.com
Douglas L. Clark
douglas.clark@arnoldporter.com
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Melissa R. Smith
State Bar No. 24001351
GILLAM & SMITH, LLP
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

/s/ Vincent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

Facsimile: (212) 257-5796
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway Short Hills, NJ, 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove

3

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiff Truesight Communications LLC*

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that the Parties have complied with the requirements of Local Rule CV-7(h) and that this motion is being filed jointly.

/s/  Douglas L. Clark
Douglas L. Clark

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that counsel of record who are deemed to have consented to electronic services are being served with a copy of this document *via* the Court's CM/ECF system per Local Rule CV-5(a)(3) on  May 2, 2025.

/s/  Melissa R. Smith
Melissa R. Smith

4