# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRUESIGHT COMMUNICATIONS LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. AND SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>*Defendants*. | Case No.: 2:23-CV-00643-JRG |

## ORDER

Before the Court is Plaintiff Truesight Communications, LLC's ("Truesight") and Defendants Samsung Electronics Co., Ltd.'s and Samsung Electronics America, Inc.'s (collectively, "Samsung") Joint Motion for an Extension of Time for Limited Discovery Outside the Fact Discovery Period.

After consideration of the same, the Court is of the opinion that the Joint Motion should be and is hereby **GRANTED**.

The Court **ORDERS** that Truesight and Samsung have an extension until May 15, 2025 to complete the following discovery: (a) inspect a device produced in response to a third party subpoena to Joseph Zipperer; (b) review source code produced in response to a third party subpoena to Joseph Zipperer; (c) take the deposition of third party Joseph Zipperer, who has also been designated Truesight's 30(b)(6) witness on certain topics, including but not limited to the device and source code; (d) inspect recent and forthcoming source code by third parties Amazon, Netflix and Google, and request and deliver related printouts; (e) obtain authentication declarations from Amazon, Netflix and Google; and (f) take the depositions of an Amazon witness regarding its source code; Google witnesses Michael Gaiman and Wendi Rieb regarding technical features

of accused features; and Todd Duffin and Todd Malsbary identified as named inventors of the '300 Patent.