IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| TRUESIGHT COMMUNICATIONS LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>           Defendants. | Case No. 2:23-cv-00643-JRG<br><br>**JURY TRIAL DEMANDED** |

**CORRECTED UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL**

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively, "Samsung" or "Defendants") move two-day extension to file a response to Plaintiff's Motion to Compel ("Motion"). (Dkt. No. 103.) This extension would move Samsung's response deadline from Monday May 26, 2025 to Wednesday, May 28, 2025. The parties met and conferred, and Plaintiff Truesight Communications, LLC ("Truesight," or "Plaintiff") does not oppose Samsung's request for an extension.

This Court has previously granted one extension of Samsung's deadline to file a response to Truesight's Motion. Samsung submits that good cause exists to move this deadline. On May 25, 2025, Samsung produced an additional set of licenses to Plaintiff and requested withdrawal of this Motion based on the production. On May 26, 2025, Plaintiff indicated that Plaintiff has not completed its review of the additional set of licenses and that Samsung's request for withdrawal is under consideration. The requested extension will not cause any delays to the progress of this case, and will instead give the Parties an opportunity to seek resolution of the issues presented in

Plaintiff's Motion.

Dated: May 28, 2025

Respectfully Submitted,

/s/ Daniel S. Shimell
Jin-Suk Park
jin.park@arnoldporter.com
Nicholas M. Nyemah
nicholas.nyemah@arnoldporter.com
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555

Ryan M. Nishimoto
Ryan.nishimoto@arnoldporter.com
Nicholas H. Lee
nicholas.lee@arnoldporter.com
Daniel S. Shimell
daniel.shimell@arnoldporter.com
Douglas L. Clark
douglas.clark@arnoldporter.com
**Arnold & Porter Kaye Scholer LLP**
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199

Melissa R. Smith
State Bar No. 24001351
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257
Email: melissa@gillamsmithlaw.com

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

/s/ Vincent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue, Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797

Facsimile: (212) 257-5796
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
51 J.F.K. Parkway
Short Hills, NJ, 07078
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

Samuel F. Baxter
Texas State Bar No. 01938000
sbaxter@mckoolsmith.com
Jennifer L. Truelove
Texas State Bar No. 24012906
jtruelove@mckoolsmith.com
**MCKOOL SMITH, P.C.**
104 E. Houston Street, Suite 300
Marshall, Texas 75670
Telephone: (903) 923-9000
Facsimile: (903) 923-9099

*Attorneys for Plaintiff*

2

*Truesight Communications LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on May 28, 2025, a true and correct copy of the above and foregoing document has been served on all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Melissa R. Smith*
Melissa R. Smith

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that Plaintiff's and Defendants' counsel have met and conferred, and the Parties have agreed to the submission of this unopposed motion.

*/s/ Melissa R. Smith*
Melissa R. Smith