# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| TRUESIGHT COMMUNICATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD. and SAMSUNG ELECTRONICS AMERICA, INC.,<br><br>Defendants. | Case No. 2:23-cv-00643-JRG<br><br>**JURY TRIAL DEMANDED** |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO MOTION TO COMPEL**

Before the Court is Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc.'s ("Samsung") Unopposed Motion for Extension of Time to File Response to Motion to Compel. The Court, having considered all the evidence before it, hereby GRANTS the motion. Samsung's deadline to respond to the motion to compel is extended to May 28, 2025.

**IT IS SO ORDERED**